**00–2265. Willard v. Semer.**
Huron App. No. H–99–031. On review of order certifying a conflict. The court determines that no conflict exists within the meaning of S.Ct.Prac.R. IV(2)(B). This cause is therefore dismissed.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., dissents, would accept jurisdiction, and would hold the cause for the decision in 00–1595 and 00–1682, *State v. Barnes,* Portage App. No. 98–P–0052.

COOK and LUNDBERG STRATTON, JJ., dissent.

**00–2293. Brown v. Kinkela.**
In Habeas Corpus. On petition for writ of habeas corpus by Timothy Brown. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2322. Kacmarik v. Brooks.**
In Habeas Corpus. On petition for writ of habeas corpus by Michael Kacmarik. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2331. State ex rel. Lee v. Hildebrandt.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–2348. Harman v. Ohio Adult Parole Auth.**
In Habeas Corpus. On petition for writ of habeas corpus by Donald A. Harman. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–38. In re Frederick.**
In Habeas Corpus. On petition for writ of habeas corpus by Jack L. Frederick. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**01–45. Dunning v. Mason.**
In Habeas Corpus. On petition for writ of habeas corpus by Yul Dunning. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.